■ JANE CAREW, Respondent, v. JAMES CAREW, Appellant.— In an action for a separation, the appeal is (1) from an order denying appellant's motion to open his default in pleading, and (2) from a default judgment of separation. Appeal from judgment dismissed, without costs. No appeal lies from a default judgment (Civ. Prac. Act, § 557; *McArdle* v. *McArdle*, 252 App. Div. 767). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.